# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | )<br>)<br>) |
| Plaintiff, | ) Case No.:  3:19-cv-02672-M<br>) |
| v. | )<br>) |
| MCKINNEY AVENUE PARTNERS, LTD., a Texas Limited Partnership, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of finalizing a written agreement and obtaining their respective client's signatures.  The parties anticipate filing a joint stipulation for dismissal within thirty (30) days and further request that all deadlines be adjourned while they finalize their settlement. The undersigned has contacted counsel for the Defendant and she has consented to this filing.

Dated: March 18, 2020

                                          Respectfully Submitted,

By:    */s/ Louis I. Mussman*
            Louis I. Mussman
            Attorney-in-charge
            N.D. TX No. 597155FL
            Ku & Mussman, P.A.
            18501 Pines Boulevard, Suite 209-A
            Pembroke Pines, FL 33029

>Tel: (305) 891-1322
>Fax: (305) 891-4512
>Louis@KuMussman.com
>
>and
>
>Seth P. Crosland
>*Local Counsel*
>Texas Bar No.: 24069551
>Crosland Law Firm
>1848 Norwood Plaza, Suite 205B
>Hurst, Texas 76054
>Tel: (972) 591-6919
>Fax: (972) 408-0713
>seth@croslandlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Laura L. Worsham
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243-7143

>By: ___*/s/ Louis I. Mussman*___
>        Louis I. Mussman