UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MCKINNEY AVENUE PARTNERS, LTD., a Texas Limited Partnership, | ) ) ) ) |
| Defendant. | ) ) ) |

Case No.:   3:19-cv-02672-M

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Joseph Juluke, Jr. and Defendant McKinney Avenue Partners, Ltd., by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: June 22, 2020

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
Attorney-in-charge
Florida Bar No. 597155
N.D. TX No. 597155FL
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, Florida 33029
Telephone: (305) 891-1322
Facsimile: (305) 891-4512
Louis@KuMussman.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Laura L. Worsham*
Laura L. Worsham
State Bar No. 22008050
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243-7143
Telephone: (214) 343-7400
Facsimile: (214) 343-7455
lworsham@jonesallen.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of June, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Laura L. Worsham
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243-7143

By: */s/ Louis I. Mussman*
Louis I. Mussman